IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY PIZZA, INC. dba ROUND TABLE PIZZA #0564; 628 HARVARD CAMERON, LLC; WOODMAN VICTORY CAMERON, LLC; FOUNTAIN VALLEY CAMERON, LLC; COLBY BUTLER CAMERON, LLC; BEVERLY HOWARD CAMERON, LLC,<br><br>    Defendants. | 2:10-cv-02011-GEB-GGH<br><br><u>ORDER GRANTING LEAVE TO FILE</u><br><u>FIRST AMENDED COMPLAINT</u> |

   On April 27, 2011, Plaintiff filed a motion to amend his complaint, which is unopposed. (ECF No. 21.) Since the motion is unopposed, the merits of amendment under the good cause standard is not reached and the motion is GRANTED. Therefore, Plaintiff has leave to file the First Amended Complaint attached to his motion within five (5) days.

Dated:  June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge