IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>           Plaintiff,<br><br>      v.<br><br>628 HARVARD CAMERON, LLC;<br>WOODMAN VICTORY CAMERON, LLC;<br>FOUNTAIN VALLEY CAMERON, LLC;<br>COLBY BUTLER CAMERON, LLC;<br>BEVERLY HOWARD CAMERON, LLC,<br><br>           Defendants.<br>_____ | 2:10-cv-02011-GEB-GGH<br><br>ORDER TO SHOW CAUSE AND<br>CONTINUING FINAL PRETRIAL<br>CONFERENCE |

         The December 7, 2010 Status (Pretrial Scheduling) Order scheduled a final pretrial conference in this case for December 17, 2012. (ECF No. 20, 3:2-3.) The December 7th Status Order required the parties to file a joint final pretrial statement "no later than seven (7) calendar days prior to the final pretrial conference." Id. at 3:12-13. No joint final pretrial statement was filed as required.

         Therefore, each party is Ordered to Show Cause ("OSC") in a writing to be filed no later than December 14, 2012, why sanctions should not be imposed against him/it and/or his/its counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely final pretrial statement. The written response shall also state whether the parties or their counsel are at fault, and whether a hearing is requested on the OSC. If a hearing is requested, it will be held on

1

January 14, 2013, at 2:30 p.m., just prior to the final pretrial conference, which is rescheduled to that date and time. A joint final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  December 11, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge