IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>          Plaintiff,<br><br>     v.<br><br>628 HARVARD CAMERON, LLC;<br>WOODMAN VICTORY CAMERON, LLC;<br>FOUNTAIN VALLEY CAMERON, LLC;<br>COLBY BUTLER CAMERON, LLC;<br>BEVERLY HOWARD CAMERON, LLC,<br><br>          Defendants.<br>_____ | 2:10-cv-02011-GEB-GGH<br><br><u>ORDER GRANTING JUDGMENT FOR<br>PLAINTIFF</u> |

In light of the parties' stipulated dismissal filed on December 14, 2012, the Clerk of the Court shall enter judgment for Plaintiff as stated in the Order filed on November 29, 2012.

Dated:  December 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1